UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

NAKEYDA HAYMER,

        Plaintiff,

v.                                                                CASE NO. 20-CV-1846

RACINE FAMILY YMCA,

        Defendant.

---

## STIPULATION FOR DISMISSAL

---

The Plaintiff, Nakeyda Haymer, by her attorneys McDonald & Kloth, LLC and Defendant, Racine Family YMCA, by its attorneys, Litchfield Cavo LLP, hereby stipulate that this action may be dismissed with prejudice to its reinstatement, on the merits, and without costs to any party.

June 27th, 2023.

| *s/ Shannon McDonald* | *s/ Lynne M. Mueller* |
|---|---|
| Shannon McDonald | Lynne M. Mueller |
| WI Bar No.: 1036954 | WI Bar No.: 1003577 |
| McDonald & Kloth, LLC | Attorneys for Defendant |
| Attorneys for the Plaintiff | Litchfield Cavo, LLP |
| N96 W18221 County Line Road | 250 E. Wisconsin Avenue |
| Suite 200 | Suite 800 |
| Menomonee Falls, WI 53051 | Milwaukee, WI 53202 |
| Telephone: (262) 252-9123 | Telephone: (414) 488-1837 |
| E-mail:sdm@themklaw.com | E-mail:mueller@litchfieldcavo.com |